FILED BY **HH** D.C.

**Dec 16, 2019**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES COURT OF APPEAL
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 16, 2019

Kristen Marie Fiore
Akerman, LLP
106 E COLLEGE AVE FL 12
TALLAHASSEE, FL 32301-7741

Katherine E. Giddings
Akerman, LLP
106 E COLLEGE AVE FL 12
TALLAHASSEE, FL 32301-7741

Michael I. Goldberg
Akerman, LLP
350 E LAS OLAS BLVD STE 1600
FORT LAUDERDALE, FL 33301

Nolan Keith Klein
Law Offices of Nolan Klein, PA
5550 GLADES RD STE 500
BOCA RATON, FL 33431

Frank M. Lowrey IV
Bondurant Mixson & Elmore, LLP
1201 W PEACHTREE ST NW STE 3900 NW
ATLANTA, GA 30309

John H. Rains IV
Bondurant Mixson & Elmore, LLP
1201 W PEACHTREE ST NW STE 3900 NW
ATLANTA, GA 30309

Appeal Number:  19-11726-F
Case Style:  In re: Chrispus Venture Capital, LLC, et al
District Court Docket No:  0:18-cv-61556-DPG

The enclosed order has been entered. No further action will be taken in this matter.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Dionne S. Young, F
Phone #: (404) 335-6224

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-11726-F

_____

In re:  CHRISPUS VENTURE CAPITAL, LLC,
        RICHARD TARRANT,
        JAMES JURANITCH,
        CHAD PUGATCH,
        RICE PUGATCH ROBINSON & SCHILLER, PA,

                                                        Petitioners.

_____

On Appeal from the United States
District Court for the Southern District of Florida

_____

BEFORE:   TJOFLAT and FAY, Circuit Judges, and HUCK,* District Judge.

BY THE COURT:

Before the Court is a petition for a writ of mandamus regarding the enforcement of this Court's mandate in *In re Global Energies, LLC*, No. 13-11666, 763 F.3d 1341 (11th Cir. 2014). "If the trial court fails fully to implement the mandate, the aggrieved party may apply to the appellate court for enforcement, by petitioning for a writ of mandamus." *Piambino v. Bailey*, 757 F.2d 1112, 1120 (11th Cir. 1985). Although the district court found that the bankruptcy court deviated from this Court's mandate, this Court does not agree. Accordingly, the petition for a writ of mandamus is GRANTED as follows: the district court is directed to vacate its order remanding the matter to the bankruptcy court based on the application of the mandate rule.

_____

* Honorable Paul C. Huck, United States District Judge for the Southern District of Florida, sitting by designation.